IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH EDWIN DICKSON,

    Plaintiff,

vs.                                  CASE NO. 5:06cv214/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). Neither Plaintiff nor Defendant has filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner of Social Security is reversed, and the Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation of the Magistrate Judge.

3. Judgment shall be entered in favor of Plaintiff.

4. The clerk is directed to close the file.

ORDERED on February 11, 2008.

        /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**