IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH DICKSON,
    Plaintiff,

v.	Case No. 5:06cv214/RS/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause is before the court upon Plaintiff's Petition for Attorney's Fees (Doc. 27).  Before the court rules on this matter, Defendant shall have an opportunity to respond.

    Accordingly, it is **ORDERED**:

    Defendant shall respond to Plaintiff's motion within **TWENTY (20) DAYS** of the date of docketing of this order.

    **DONE AND ORDERED** this 14th day of February 2008.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**