IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH EDWIN DICKSON,

    Plaintiff,

vs.                                                 CASE NO. 5:06cv214/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 30). Defendant had previously filed a response (Doc. 29), in which it did not object to the award of attorney's fees in the amount sought by Plaintiff and recommended by the Magistrate Judge in her Report and Recommendation.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion For Attorney's Fees (Doc. 27) is granted. The amount of attorney's fees requested by Plaintiff under the Equal Access to Justice Act is reasonable.

3. Attorney's fees in the amount of $1,637.50 are awarded to Plaintiff and shall be paid to Plaintiff's counsel, David E. Evans.

4.   The clerk is directed to close the file.

ORDERED on March 12, 2008.


                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**